**Opinion issued October 8, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————

**NO. 01-14-01026-CV**

—————————————

**ENSIGN SERVICES, L.L.C. (F/K/A FE SERVICES, L.L.C.), FE SERVICES HOLDINGS INC., AND JAMES STEWART, Appellants**

**V.**

**MARC JAN LEVESCONTE, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-04966**

---

**MEMORANDUM OPINION**

The parties have filed a joint motion to dismiss the appeal. *See* TEX. R. APP.

P. 10.3(a)(2), 42.1(a)(2). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.